UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**S.D. on behalf of T.L., a minor,**

      **Plaintiff,**

**v.**                                         Case No: 6:19-cv-1458-Orl-40DCI

**BREVARD COUNTY SCHOOL BOARD,**

      **Defendant.**

## ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Motion for Leave to Supplement and Amend Complaint and Jury Demand with Objections (Doc. 29)** |
| **FILED:** | **April 20, 2020** |
| **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**. | |

On the deadline to file motion to amend pleadings—November 15, 2019 (Doc. 17)—the *pro se* Plaintiff filed an Amended Complaint without leave of Court. Doc. 24. Defendant neither responded to that Amended Complaint nor sought to strike it. Nevertheless, Plaintiff had no authorization to file that pleading. *See* Fed.R.Civ.P. 15. Accordingly, the Amended Complaint is due to be stricken.

Further, on April 20, 2020, Plaintiff filed a document titled "Motion for Leave to Supplement and Amend Complaint and Jury Demand with Objections." Doc. 29 (the Motion). While the Amended Complaint ends at paragraph 57, the Motion purports to begin at paragraph

53 and seems to be a continuation of the Amended Complaint. *Id*. Regardless, the Motion neither complies with the conferral requirements of Local Rule 3.01(g), nor contains a memorandum of law as required by Local Rule 3.01(a). Further, the Motion is untimely—if Plaintiff seeks an extension of the deadline to file an amended pleading he must do so by motion and in compliance with Local Rule 3.01 and Federal Rules of Civil Procedure 6(b) and 16(b)(4). Thus, the Motion is due to be denied.

Plaintiff is cautioned that all parties—including plaintiffs proceeding *pro se*—must comply with the rules and orders of this Court, including the Case Management and Scheduling Order (Doc. 17), the Federal Rules of Civil Procedure, and the Local Rules of this Court.

The Amended Complaint (Doc. 24) is **STRICKEN** and the Motion (Doc. 29) is **DENIED without prejudice**.

**ORDERED** in Orlando, Florida on April 28, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties