UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

S.D on behalf of T.L., a minor,

    Plaintiff,

v.

THE SCHOOL BOARD OF BREVARD COUNTY,

    Defendant.
_____/

Case No. 6:19-CV-1458-ORL-40DCI

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

COME NOW JOINTLY, Plaintiff S.D on behalf of T.L., a minor and Defendant THE SCHOOL BOARD OF BREVARD COUNTY, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby jointly stipulate to the dismissal of this action without prejudice as follows.

1. The parties agree that the dismissal of this case is without prejudice, is not an adjudication on the merits, does not constitute a resolution of the issues in this case, and the Plaintiff may refile this action, should she wish to do so, within the applicable limitations period.

2. This stipulation is self-executing under Rule 41(a)(1)(A)(ii) such that the parties do not expect any Order on this stipulation or believe one to be necessary.

WHEREFORE, the parties jointly dismiss this case without prejudice, with each party to bear their own attorney's fees and costs.

Respectfully submitted this 19th day of May, 2020.

/s/ _____
Sandy Dixon, Pro Se
305 Edinburgh Drive
Cocoa, Florida 32922
Telephone: (332) 320-3747
sdixon1600@yahoo.com
Pro Se Plaintiff

/s/ _____
Michael H. Bowling, Esquire
Florida Bar No.: 0333026
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
mbowling@bellroperlaw.com
ysuedmeyer@bellroperlaw.com
Attorney for Defendant