UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

S.D.,

       Plaintiff,

v.                                   Case No:  6:19-cv-1458-Orl-40DCI

BREVARD COUNTY SCHOOL BOARD,

       Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation of Dismissal without Prejudice (Doc. 34), filed May 19, 2020. The dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file in this case.

**DONE AND ORDERED** in Orlando, Florida on May 20, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties